**Glen GREEN, Appellant,**

v.

**Courtney NEACE, Appellee.**

Court of Appeals of Kentucky.

June 14, 1974.

Hoover Haynes, Craft & Haynes, Hazard, for appellant.

Maxwell P. Barret, Reeves, Barret, Cooper & Ward, Hazard, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

■

**COLSTON REAL ESTATE COMPANY, Appellant,**

v.

**ENGLISH BROS. PLUMBING & HEATING COMPANY, Appellee.**

Court of Appeals of Kentucky.

June 14, 1974.

Henry D. Hopson, Louisville, for appellant.

Fred M. Goldberg, Goldberg & Lloyd, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner JAMES C. CARTER, Jr., Affirming.*

* Opinion ordered not to be published.